UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE
CIVIL ACTION NO. _____


SHEILA VANCE, AS ADMINISTRATRIX OF
THE ESTATE OF CHASITY VANCE                                                    PLAINTIFF

vs.

UNITED STATES OF AMERICA,
DEPARTMENT OF HEALTH AND HUMAN SERVICES                          DEFENDANT

> Serve: United States Department of Justice
>        U.S. Attorney General, Eric Holder
>        950 Pennsylvania Avenue, N.W.
>        Washington, D.C. 20530
>
> Serve: Hon. Kerry B. Harvey
>        United States Attorney
>        Eastern District of Kentucky
>        260 West Vine Street, Suite 300
>        Lexington, KY 40507-1612
>
> Serve: Civil Process Clerk
>        United States Attorney's Office
>        Eastern District of Kentucky
>        260 West Vine Street, Suite 300
>        Lexington, KY 40507-1612
>
> Serve: Secretary Sylvia Mathews Burwell
>        Department of Health & Human Services
>        Office of the General Counsel
>        330 Independence Avenue, S.W.
>        Rm. 4760 Wilbur J. Cohen Federal Building
>        Washington, D.C. 20201

---

**COMPLAINT**

---

* * * * * * *

Comes the Plaintiff, Sheila Vance, as Administratrix of the Estate of Chasity Vance, and

for her cause of action states as follows:

1

1.      This action arises under the Federal Tort Claims Act, 28 U.S.C. §2671 *et seq.*, and this Court is vested with jurisdiction pursuant to 28 U.S.C. §1346(b).

2.      The claim alleged in this Complaint arose within the Pikeville Division of the United States District Court for the Eastern District of Kentucky.  Accordingly, venue in this action is placed in the judicial district designated as the Eastern District of Kentucky Southern Division at Pikeville, pursuant to 28 U.S.C. §1391(a).

3.      This action is timely and appropriately filed as the Plaintiff has exhausted her administrative remedies having timely submitted an administrative claim, in a specified amount and supported by documentary evidence, to the Department of Health and Human Services on or about February 7, 2014.  Further, said administrative claim was denied on or about September 24, 2014.  This action is being filed within six (6) months of the denial of the Plaintiff's administrative claim.

4.      Sheila Vance is the duly appointed Administratrix of the Estate of Chasity Vance, having been appointed by the Letcher District Court on May 22, 2013.  A copy of the Order is attached as EXHIBIT 1.

5.      On or about July 21, 2009, Chasity Vance was involved in an automobile collision in or near Whitesburg, Kentucky.

6.      As a result of this collision, Chasity Vance was transported to Whitesburg ARH Hospital in Whitesburg, Letcher County, Kentucky, where she was seen and came under the care and treatment of Licerio S. Soto, M.D. and Robert Darrell Buck, M.D.

7.      On July 21, 2009, Robert Darrell Buck, M.D., a radiologist, discovered a suprasellar mass, likely a pituitary macroadenoma, in Chasity Vance's head, when performing a CT of her head, but he did not inform Chasity Vance of the mass.

8.      Licerio S. Soto, M.D. treated Chasity Vance in the Emergency Department of Whitesburg ARH Hospital on or about July 21, 2009, and he did not inform Chasity Vance of the mass.

9.      From July 2009 through February 2013, Chasity Vance was under the care and treatment of Mountain Comprehensive Health Corporation, by and through its agents, servants and employees, including, but not limited to, April Hall, D.O. and Van S. Breeding, M.D.

10.     Mountain Comprehensive Health Corporation is covered by the Federal Tort Claims Act.

11.     In late July or early August 2009, the radiology report from Whitesburg ARH Hospital identifying the mass listed in paragraph 7, above, was received and reviewed by staff and/or physicians at Mountain Comprehensive Health Corporation.

12.     At no time prior to February 25, 2013, did physicians or staff at Mountain Comprehensive Health Corporation advise Chasity Vance of the mass in her head, even though they either knew or should have known of the mass.

13.     The failure to advise Chasity Vance of the presence of the mass and to send her for further evaluation and treatment in July or August 2009 was negligence on the part of Mountain Comprehensive Health Corporation and its employees, staff and physicians.

14.     The mass grew from the size of 2 x 2.5 x 2 centimeters to 6 x 6 x 4 centimeters from July 21, 2009 to February 25, 2013, making the mass incapable of being completely removed.

15.     As a result of the negligence referred to in Paragraph 13, above, the Plaintiff's decedent, Chasity Vance, sustained serious, grievous and permanent personal injuries, ultimately resulting in her death on May 3, 2013.

16.      As a result of the negligence of the employees, agents and physicians of Mountain Comprehensive Health Corporation, Chasity Vance endured pain and suffering from July 21, 2009 until her death on May 3, 2013, and she incurred reasonable medical and related expenses, lost time from work, and her Estate suffered the destruction of her power to earn money in the future and incurred funeral expenses.

WHEREFORE, the Plaintiff, Sheila Vance, as Administratrix of the Estate of Chasity Vance, demands judgment against the Defendant, United States of America, Department of Health and Human Services, for all available compensatory damages in the total sum of $3,000,000.00, including, but not limited to damages for: pain and suffering; medical expenses; funeral expenses; lost wages; and, permanent impairment of the power to earn money; and further requests pre-judgment interest, post-judgment interest, costs, TRIAL BY JURY, and all other relief to which she may appear properly entitled.

Respectfully Submitted,

JOE C. SAVAGE LAW FIRM
Joe C. Savage
Security Trust Building
271 West Short Street, Suite 300
Lexington, Kentucky 40507
Telephone:  (859) 259-0080
Facsimile:   (859) 259-0048

and

ERDMANN  & STUMBO, PLLC
Cory M. Erdmann
1000 Commercial Drive, Suite 3
Richmond, Kentucky 40475
Telephone:  (859) 624-9555
Facsimile:   (859) 624-1199

  /s/  Cory M. Erdmann_____
JOE C. SAVAGE
CORY M. ERDMANN
*COUNSEL FOR PLAINTIFF*